FRANK H. CLARK, EXECUTOR, ESTATE OF M. K. McMULLIN, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 8015.   Promulgated June 6, 1928.

*W. A. Seifert, Esq.*, and *F. C. Miller, C. P. A.*, for the petitioner.
*J. W. Fisher, Esq.*, for the respondent.

426

OPINION.

MURDOCK: Prior decisions of this Board govern this case and we sustain the contentions of the petitioner. *Elizabeth J. Bray, Administratrix*, 4 B. T. A. 42; *Charles J. Coulter, Jr.*, 6 B. T. A. 426; *William G. Frank, Administrator*, 6 B. T. A. 1071; *Dorothy Payne Whitney Straight, Executrix*, 7 B. T. A. 177; *Walter R. McCarthy, Executor*, 9 B. T. A. 525; *E. S. Heller et al., Executors*, 10 B. T. A. 53; and *William K. Vanderbilt et al, Executors*, 11 B. T. A. 291.

*Judgment will be entered under Rule 50.*